1  TIFFANY L. CARROLL, ATTORNEY #157054
   ACTING UNITED STATES TRUSTEE
2  OFFICE OF THE UNITED STATES TRUSTEE
   402 WEST BROADWAY, SUITE 600
3  SAN DIEGO, CA 92101-8511
   (619) 557-5013

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re: | Case No. 10-02054-JM7 |
| LA JOLLA LOANS, INC., | STATEMENT OF POSITION OF UNITED STATES TRUSTEE |
| Debtor(s). | Hearing Date: None |

The United States Trustee responds to the EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY GENERAL COUNSEL, Norton, Moore & Adams, LLP, as follows:

_____    The United States Trustee takes no position.

  XX\_\_    The United States Trustee has no objection.

_____    The United States Trustee objects and requests a hearing.

_____    The United States Trustee objects as set forth below.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: March 17, 2010        By: _/s/ Tiffany L. Carroll_
                                 Tiffany L. Carroll,
                                 Acting United States Trustee