BART BLECHSCHMIDT, ESQ. (SB#167584)
EFREN LIMBAG, ESQ. (SB#206940)
**GALUPPO & BLECHSCHMIDT, APLC.**
A Professional Law Corporation
2792 Gateway Road, Ste. 102
Carlsbad, California 92009
Phone: (760) 431-4575
Fax:     (760) 431-4579

Attorneys for
One West Bank, FSB as Purchaser of Certain Assets of La Jolla Bank from the Federal Deposit Insurance Corporation, acting as Receiver

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LA JOLLA LOANS, INC.,<br><br>Debtor. | Case No. 10-02054-JM7<br><br>CHAPTER 7<br><br>ONE WEST BANK, FSB'S REQUEST FOR SPECIAL NOTICE AND TO BE ADDED TO MASTER MAILING LIST |

TO:   THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE U.S. TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that One West Bank, FSB as Purchaser of Certain Assets of La Jolla Bank from the Federal Deposit Insurance Corporation, acting as Receiver, a creditor and real party in interest, through its counsel, Galuppo & Blechschmidt, APLC, hereby requests Special Notice of all matters pursuant to the Federal Rules of Bankruptcy, including without limitation, under Rule 1009(a); Rule 2002(a), (b) and (g); Rule 3017(a) and (f); Rule 4007(d); Rule 6009; Rule 9007; Rule 9014; and the United States Bankruptcy Code, including, without limitation, under U.S.C. sections 102(1), 323, 342(a), 362, 523, 524, 727, 1102, 1104(a) and 1108, that all

notices, motions, schedules, statements, plans, papers and pleadings, and all amendments thereto, required to be served in this case, be given and served upon its counsel as follows:

> One West Bank, FSB as Purchaser of Certain Assets of La Jolla Bank
> from the Federal Deposit Insurance Corporation, acting as Receiver
> c/o GALUPPO & BLECHSCHMIDT, APLC
> 2792 Gateway Road, Suite 102
> Carlsbad, CA  92009
> Telephone:   (760) 431-4575
> Facsimile:      (760) 431-4579
> Attn:   Efren Limbag, Esq.
>           elimbag@galuppolaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation to notices and orders of any applications, complaints, demands, hearings, motions, petitions, pleadings or requests, amendments to schedules or statements, objections, all creditor committee notices, adversary complaints, and all other notices as required by the U.S. Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court.  Copies of any other documents brought before the Court in this case, whether such papers be formal or informal, whether written or oral, whether transmitted or conveyed by mail, e-mail, scanning device, overnight or hand-delivery, telephone, telegraph, telex, facsimile, or other form.

PLEASE TAKE FURTHER NOTICE that Creditor's counsel requests to be added to the Court's Master Mailing List of the above-referenced case.

PLEASE TAKE FURTHER NOTICE that neither this Request for Special Notice nor any later appearance, pleading, claim or suit shall waive Creditor's right to have final orders in non-core matters entered only after de novo review by District Judge; or the right to trial by jury in any proceeding related to this case; or right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law or in equity, all of which rights, or remedies are expressly reserved.

1  This Request for Special Notice and to be added to the Court's Master Mailing
2  List does not constitute an agreement to accept service of initial process under Rule 4 of
3  the Federal Rule of Civil Procedure or Rule 7004 of the Federal Rule of Bankruptcy
4  Procedures, nor shall it result in the undersigned counsel being deemed to be the agent
5  of the Creditor referenced above for such purpose.

7  Dated: 5-3-2010                    GALUPPO & BLECHSCHMIDT, APLC

                                     _____
                                     BART BLECHSCHMIDT, ESQ.
                                     EFREN LIMBAG, ESQ.
                                     Attorneys for
                                     One West Bank, FSB as Purchaser of
                                     Certain Assets of La Jolla Bank from the
                                     Federal Deposit Insurance Corporation,
                                     acting as Receiver